1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 16  *Roger Harper vs. Pfizer Inc, et al.* 17  (06-6023 CRB) | |
| 18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB) 19 | |
| 20  *Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB) | |
| 21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB) 22 | |
| 23  *Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB) | |
| 24  *Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB) 25 | |
| 26  *David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB) | |
| 27  *Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) 28 | |

-1-

```
 1 │ Debbie Jackson, et al. vs. Pfizer Inc, et al.
   │ (06-2605 CRB)
 2 │
   │ Ozzie Jackson vs. Pfizer Inc, et al.
 3 │ (06-2274 CRB)
   │
 4 │ Ronald Jacoby vs. Pfizer Inc, et al.
   │ (07-4689 CRB)
 5 │
   │ Kathy Jewell vs. Pfizer Inc, et al.
 6 │ (07-1355 CRB)
   │
 7 │ Dorothy Johnson vs. Pfizer Inc, et al.
   │ (06-5039 CRB)
 8 │
   │ Billie Jean Johnstone vs. G.D. Searle LLC, et
 9 │ al.
   │ (07-4549 CRB)
10 │
   │ John R. Jones vs. Pfizer Inc, et al.
11 │ (06-3899 CRB)
   │
12 │ Sylvester Jones vs. G.D. Searle LLC, et al.
   │ (07-4550 CRB)
13 │
   │ Robert K. Kiser II vs. Pfizer Inc, et al.
14 │ (06-4104 CRB)
   │
15 │ Frank Klinger vs. G.D. Searle LLC, et al.
   │ (05-4739 CRB)
16 │
   │ Alberta A. Kreitzer vs. Pfizer Inc, et al.
17 │ (08-2149 CRB)
   │
18 │ Vasudev Kulkarni vs. Pfizer Inc, et al.
   │ (07-1528 CRB)
19 │
   │ Bertha R. Lacy vs. Pfizer Inc, et al.
20 │ (06-7383 CRB)
   │
21 │ Jackie Lancaster (MS), et al. vs. Pfizer Inc, et
   │ al.
22 │ (08-1856 CRB)
   │
23 │ Thomas Lauer vs. Pfizer Inc, et al.
   │ (08-2854 CRB)
24 │
   │ Barbara Laver vs. Pfizer Inc, et al.
25 │ (08-3705 CRB)
   │
26 │ Kenneth Prouty, et al. vs. Pfizer Inc, et al.
   │ (06-7631 CRB)
27 │
   │ Vickie L. Lewis vs. Pfizer Inc, et al.
28 │ (06-4284 CRB)
```

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1  *Robert L. Lippincott vs. Pfizer Inc, et al.*
2  (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)
4
   *Norma Matthias vs. Pfizer Inc, et al.*
5  (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)
7
   *William D. McCluskey vs. Merck & Co. Inc, et
8  al.*
   (07-3342 CRB)
9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)
12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)
15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)
18
   *Wilmer Merriweather vs. G.D. Searle LLC, et
19 al.*
   (05-4452 CRB)
20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)
23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)
26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

(09-0891 CRB)

*Patsy Murry, et al. vs. Pfizer Inc, et al.*
(06-7438 CRB)

*Ed Narke vs. Pfizer Inc, et al.*
(08-0260 CRB)

*Dian C. Neal vs. Pfizer Inc, et al.*
(06-3900 CRB)

*Rosa M. Nelson vs. Pfizer Inc, et al.*
(06-2275 CRB)

*Cliff Norwood vs. G.D. Searle LLC, et al.*
(05-4451 CRB)

*Floyd Odom vs. Pfizer Inc, et al.*
(07-5885 CRB)

*Joan J. Opel vs. Pfizer Inc, et al.*
(07-4372 CRB)

*Mary Osteen vs. Pfizer Inc, et al.*
(06-6928 CRB)

*Elvis Owens, et al. vs. Pfizer Inc, et al.*
(06-5002 CRB)

*James Curtis Owens vs. Pfizer Inc, et al.*
(06-1669 CRB)

*Marvin Palmer vs. Pfizer Inc, et al.*
(06-6499 CRB)

*Albert Pearson vs. G.D. Searle LLC, et al.*
(05-4455 CRB)

*R.V. Perkins vs. Pfizer Inc, et al.*
(08-3699 CRB)

*Jo Anne Pierce vs. G.D. Searle LLC, et al.*
(05-4492 CRB)

*Kirk Redenius vs. Pfizer Inc, et al.*
(06-4901 CRB)

*Linda Redinger vs. Pfizer Inc, et al.*
(07-0454 CRB)

*Tammy L. Ribble vs. Pfizer Inc, et al.*
(06-7283 CRB)

*Zelma Riffle, et al. vs. Pfizer Inc, et al.*
(06-6114 CRB)

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16.2009    By: /s/ Navan Ward F.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone:  334-269-2343
Facsimile:  334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212-335-4500
Facsimile:  212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009

Hon. Charles R. Breyer
United States District Court

-5-